THE STATE OF MONTANA ex rel. DENZIL R. YOUNG, FALLON COUNTY ATTORNEY, RELATOR, v. THE DISTRICT COURT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF FALLON, THE HONORABLE ALFRED B. COATE, JUDGE THEREOF, RESPONDENT.

No. 12445.
Decided Jan. 31, 1973.
505 P.2d 1213.

### ORDER

PER CURIAM:

This is an original writ wherein relator seeks a writ of prohibition against the respondent court and judge. The Court has considered the petition, brief and exhibits and being advised in the premises,

It is ordered that the relief sought be denied, and the proceeding is ordered dismissed.